■ In the Matter of ROBERT M., Appellant, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CHRISTINE B. and Another, Infants, Respondent. (Appeal No. 1.) [635 NYS2d 550] —Order unanimously affirmed without costs. Memorandum: Family Court properly dismissed the petitions to terminate placement of the children, Nancy B. and Christine B. with the Erie County Department of Social Services. The evidence established that petitioners are not presently able to care adequately for the children and that the children's best interests would not be served by terminating placement *(see,* Family Ct Act § 1055 [b]). (Appeal from Order of Erie County Family Court, O'Donnell, J.—Termination of Placement.) Present—Lawton, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ In the Matter of DELPHINE B., Appellant, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CHRISTINE B. and Another, Infants, Respondent. (Appeal No. 2.) [635 NYS2d 551] —Order unanimously affirmed without costs. Same memorandum as in *Matter of Robert M. v Erie County Dept. of Social Servs.* (221 AD2d 979 [decided herewith]). (Appeal from Order of Erie County Family Court, O'Donnell, J.—Termination of Placement.) Present—Lawton, J. P., Fallon, Callahan, Davis and Boehm, JJ.